**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOBBY GLENN,

     Plaintiff,

vs.                               Case No. 8:26-cv-646-JLB-NHA

RICKY D. DIXON, SECRETARY,
DEPARTMENT OF CORRECTIONS,

     Defendant.
_____/

## <u>ORDER DISMISSING CASE</u>

Mr. Glenn, a Florida prisoner, filed a "Motion to Resolve Jurisdiction Matter" (Doc. 1), and an Application to Proceed In Forma Pauperis. (Doc. 2). He moves this Court to certify a question to the Florida Supreme Court.

Mr. Glenn has filed a motion without filing a complaint or petition alleging his claims and the relief he seeks. Rule 3, Fed.R.Civ.P., provides that "[a] civil action is commenced by filing a complaint with the court."

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED** without prejudice to Mr. Glenn initiating an action by filing a complaint or petition in a new case with a new case number.[1]

---

[1] Mr. Glenn is cautioned that this Court "lacks the authority to certify questions to the Florida Supreme Court." *Liberty Mut. Ins. Co. v. Elec. Sys., Inc.*, 813 F. Supp.

1

2. The Application to Proceed In Forma Pauperis (Doc. 2) is **DENIED as moot**.

3. The Clerk of the Court is **DIRECTED to close this case**.

DONE and ORDERED in Tampa, Florida, on April 3, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

802, 805 (S.D. Fla. 1993) (citing Fla. Const. art. V, § 3(b)(6); Fla.R.App.P. 9.150(a)).